UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:26-cv-00171

———

**Sadrick Bevard Johnson,**
*Plaintiff,*

v.

**Gregg County Sheriff Department,**
*Defendant.*

———

# ORDER

Plaintiff brought this action contesting the conditions of his incarceration. Doc. 3. The case was referred to a magistrate judge, who issued a report recommending that the court dismiss plaintiff's case without prejudice for failure to prosecute. Doc. 9 at 1. A copy of the report was sent to plaintiff at the address he provided and was returned as undeliverable. Doc. 10. No party has filed objections.

When there have been no timely objections to a report, or the objections are improper, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Accordingly, this case is dismissed without prejudice for failure to prosecute. Any pending motions are denied as moot.

*So ordered by the court on May 21, 2026.*

J. CAMPBELL BARKER
United States District Judge

- 1 -